IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00046 |
| v. | (Judge Brann) |
| SAMUEL BOZOCHOVIC, | |
| Defendant. | |

## ORDER

### JANUARY 8, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Samuel Bozochovic's motion for reconsideration (Doc. 64) is **GRANTED**; and

2. Bozochovic's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 57) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge